UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Clifford Sillars and Jeanie Sillars, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 1:11-cv-00216-PB |
| | § | |
| Paul W. Butler, M.D. and Seacoast | § | |
| General Surgery, P.C., | § | |
| *Defendants*. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs Clifford Sillars and Jeanie Sillars and defendants Paul W. Butler, M.D. and Seacoast General Surgery, P.C. hereby stipulate that the plaintiffs' claims against the defendants in this matter be dismissed with prejudice.

Respectfully submitted,

CLIFFORD SILLARS and JEANIE SILLARS

By Their Attorneys,
BOYNTON, WALDRON, DOLEAC, WOODMAN & SCOTT, P.A.

DATED:  January 30, 2013         By: /s/ William G. Scott, Esq. #2287
William G. Scott, Esq.
Bar No. 2287
P.O. Box 418
82 Court Street
Portsmouth, NH 03802-0418
(603)436-4010
e-mail:  wscott@nhlawfirm.com

                                                -2-

PAUL W. BUTLER, M.D. and SEACOAST GENERAL SURGERY, P.C.

By Their Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED: January 30, 2013       By:  /s/ W. Kirk Abbott, Jr., Esq. #295
                                                    W. Kirk Abbott, Jr., Esq.
                                                    Bar No. 295
                                                    9 Capitol Street
                                                    P.O. Box 1256
                                                    Concord, NH 03302-1256
                                                    (603)224-2341
                                                    e-mail: kabbott@sulloway.com

## CERTIFICATE OF SERVICE

    I hereby certify that this Motion was served on the following persons on this date and in the manner specified herein:  Electronically Served Through ECF:  William G. Scott, Esq.

DATED: January 30, 2013       By:  /s/ W. Kirk Abbott, Jr., Esq. #295
                                                      W. Kirk Abbott, Jr., Esq.